IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BERNARD RAY RICHARDSON
,
     Plaintiff,                     Civil Action No. 7:16-cv-00329

v.                                   <u>MEMORANDUM OPINION</u>

NURSE N. STANFORD, *et al*,        By:   Elizabeth K. Dillon
                                        United States District Judge
     Defendants.

     Bernard R. Richardson, proceeding *pro se*, filed a civil rights complaint, pursuant to 42

U.S.C. § 1983, while incarcerated. Richardson was released and twice notified the court of his

address following release. (Dkt. Nos. 12, 16.) By its order entered November 10, 2016, the

court advised plaintiff that a failure to maintain an address of record "shall result in the

immediate dismissal of this action without prejudice." The court's mail to plaintiff has been

returned as undeliverable as of April 17, 2017, and plaintiff has not contacted the court since

March 8, 2017.

     Plaintiff has failed to comply with the court's order requiring plaintiff to maintain an

address of record. Therefore, the court finds that plaintiff failed to prosecute this action,

pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's order.

Accordingly, this action is DISMISSED without prejudice and all pending motions are DENIED

as moot. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating *pro se* litigants are

subject to time requirements and respect for court orders and dismissal is an appropriate sanction

for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir.

1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P.

41(b)).

     The Clerk is directed to send copies of this memorandum opinion and the accompanying

order to the parties.

Entered: July 12, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge